**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1784**

_____

In re: NIKKO TAYLOR WRIGHT,

      Petitioner.

_____

On Petition for Writ of Mandamus.  (8:16-cr-00260-TDC-2)

_____

Submitted:  September 2, 2021             Decided:  September 9, 2021

_____

Before AGEE and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Nikko Taylor Wright, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nikko Taylor Wright petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his motion for compassionate release. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has recently denied relief on Wright's motion. *See United States v. Wright*, No. 8:16-cr-00260-TDC-2 (D. Md. filed Aug. 17, 2021 & entered Aug. 18, 2021). Accordingly, because the district court has decided Wright's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*